# No. 14-15959

## UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

In re:

Andrea Golloher, et al v. Todd Christopher International.,

ANDREA GOLLOHER, et al.,

*Plaintiff-Appellee*,

VIOLET HIGNITE,

*Objector- Appellant,*

## MOTION TO DISMISS

On Appeal From the United States District Court
For the Northern District of California, San Francisco
D.C. No. C 12-06002 RS

Steven B. Scow, Esq.
KOCH & SCOW, LLC
11500 S. Eastern Ave., Ste 210
Henderson, Nevada 89052
Tel.: 702-318-5040
Fax: 702-318-5039
sscow@kochscow.com

Appellant Violet Hignite hereby moves to voluntarily dismiss this appeal pursuant to Federal Rule of Appellate Procedure 42(b).

>*/s/ Steven B. Scow*
>Steven B. Scow, Esq.
>11500 S. Eastern Ave., Ste 210
>Henderson, Nevada 89052
>Tel.: 702-318-5040
>Fax: 702-318-5039
>sscow@kochscow.com

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was filed with the Clerk of Court using CM/ECF on September 12, 2014 and as a result has been served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

By: */s/ Steven B. Scow*
Steven B. Scow